IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-507 CONSOLIDATED LEAD CASE |
| v. | ) ) | |
| HTC CORPORATION, ET AL. | ) ) | |
| Defendants. | ) ) | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6:13-cv-569 |
| v. | ) ) | |
| DELL INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Motion for Entry of an Order of Dismissal brought by Cellular Communications Equipment LLC ("CCE") and Dell Inc. ("Dell") pertaining to Civil Action No. 6:13-cv-569. After consideration of the motion, the Court is of the opinion that the motion should be **GRANTED**.

Therefore, all remaining claims asserted by each of CCE against Dell, and Dell against CCE, in Civil Action No. 6:13-cv-569 are **DISMISSED WITHOUT PREJUDICE**, with each party bearing and being responsible for its own costs and fees. No claims remain in Civil Action No. 6:13-cv-569 and it shall be closed.

So ORDERED and SIGNED this 20th day of November, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE